UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER GORHAM,<br><br>                Plaintiff,<br><br>v.<br><br>SYMETRA LIFE INSURANCE CO.,<br><br>                Defendant. | C.A. No. 19-cv-0140-WES |

## **DISMISSAL STIPULATION**

Plaintiff and Defendant agree that the Complaint may be dismissed with prejudice. No costs or fees awarded.

September 18, 2019

| | |
|---|---|
| */s/ Mason Waring*_____<br>Mason Waring, Esq.<br>Leah Small, Esq.<br>Chisholm, Chisholm & Kilpatrick, Ltd.<br>321 South Main Street, Suite 200<br>Providence, RI 02903<br>(401) 331-6300<br>(401) 421-3185 Fax<br>mwaring@cck-law.com<br>lsmall@cck-law.com | */s/ Brooks R. Magratten*_____<br>Brooks R. Magratten, Esq.<br>Pierce Atwood, LLP<br>One Financial Plaza, 26th Floor<br>Providence, RI 02903<br>(401) 490-3422<br>(401) 588-5166 fax<br>bmagratten@pierceatwood.com |

## CERTIFICATE OF SERVICE

I certify that on September 18, 2019, the within document was served by first class mail, postage prepaid, to the following counsel of record:

Mason Waring, Esq.
Leah Small, Esq.
Chisholm, Chisholm & Kilpatrick, Ltd.
321 South Main Street, Suite 200
Providence, RI 02903

*/s/ Brooks R. Magratten*